# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## JUDGMENT RENDERED JULY 15, 2021

## NO. 03-20-00169-CV

**Patricia Mihal, Appellant**

**v.**

**Geico Advantage Insurance Company, Appellee**

**APPEAL FROM THE 126TH DISTRICT COURT OF TRAVIS COUNTY
BEFORE CHIEF JUSTICE BYRNE, JUSTICES BAKER AND KELLY
AFFIRMED IN PART; REVERSED AND REMANDED IN PART –
OPINION BY JUSTICE BAKER**

This is an appeal from the judgment signed by the trial court on February 11, 2020. Having reviewed the record and the parties' arguments, the Court holds that there was no reversible error in the portion of the trial court's judgment awarding appellant the full limits of her uninsured motorists coverage plus court costs. Therefore, the Court affirms that portion of the trial court's judgment. The Court further holds that there was reversible error in the portion of the court's judgment denying appellant's request for attorney's fees. Therefore, the Court reverses the portion of the trial court's judgment denying an award of attorney's fees to appellant and remands the case to the trial court for reconsideration of whether an award of reasonable attorney's fees is equitable and just. Appellee shall pay all costs relating to this appeal, both in this Court and in the court below.